UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/13/2021___

LUIGI GIROTTO,

              Plaintiff,

        -against-

SMCP USA, INC. and 415-17 BLEECKER
STREET LLC,

              Defendants.

------------------------------------------------------ X

21-CV-2220 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff commenced this action against Defendants SCMP USA, Inc. ("SCMP") and

415-17 Bleecker Street LLC ("415-17 Bleecker Street") (collectively, "Defendants") on March

14, 2021, (Doc. 1), and filed an amended complaint on April 13, 2021, (Doc. 7). On April 14,

2021, summons was issued as to 415-17 Bleecker Street, (Doc. 10), and as to SCMP, (Doc. 11).

On May 1, 2021, Plaintiff filed affidavits of service of the amended complaint on Defendants

SCMP and 415-17 Bleecker Street on April 19, 2021. (Docs. 13, 14.) The deadline for

Defendants to respond to Plaintiff's complaint was May 10, 2021. (*See* Docs. 13, 14.) To date,

neither Defendant has appeared or responded to the complaint. Plaintiff, however, has taken no

action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is

directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil

Cases by no later than May 27, 2021. If Plaintiff fails to do so or otherwise demonstrate that

they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   May 13, 2021
         New York, New York

VERNON S. BRODERICK
United States District Judge