UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LUIGI GIROTTO, :
:
Plaintiff, :
: 21-cv-2220 (VSB)
:
-against- : **ORDER**
:
:
SMCP USA INC., a Delaware corporation, :
d/b/a SANDRO, and d/b/a MAJE, and 415- :
17 BLEECKER STREET, LLC, a New York :
limited liability company, :
:
Defendant(s). :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 15, 2021
   New York, New York

                    _____
                    Vernon S. Broderick
                    United States District Judge